UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 3:08mj18 |
| vs. ) | |
| MARIA TERESA MUNIZ-OBREGON ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of North Carolina hereby dismisses the complaint filed in this case for Conspiracy to Possess with the Intent to Distribute Cocaine and Methamphetamine as to defendant **Maria Teresa Muniz-Obregon**.

Thomas T. Cullen
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

3|11|08
DATE

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
AUSA Thomas T. Cullen
U.S. Marshal